■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERENCE J. MURPHY, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered March 10, 1988, convicting him of criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the defendant's contentions and find them to be either unpreserved for appellate review or lacking in merit. Brown, J. P., Kunzeman, Eiber and Kooper, JJ., concur.